IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROSA HAMPTON, Individually, and
As Administrator of the Estate of
MAURICE HAMPTON, and On Behalf
Of The Minor Children of the Estate of         :   CIVIL ACTION FILE
MAURICE HAMPTON,                               :   NO. 1:13-CV-00584-TWT

    Plaintiffs,

v.

THOMAS ATZERT, JR, Individually,
and in his capacity as a City of Atlanta
Police Officer,

    Defendant.

## PLAINTIFFS' WITNESS LIST

**Rosa Hampton**     (2) 2/17
1286 Beecher Street, SW
Atlanta, Georgia 30310

**Michael M. Heninger, MD**     (1) 2/17
Office of the Medical Examiner
Fulton County
430 Pryor Street, SW
Atlanta, Georgia 30312

**Shontea Price**
2001 Old Concord Road
Apt. O7
Smyrna, Georgia 30080

**Carold Williams**     (3) 2/17
1100 Mitchell Crossing Drive
Atlanta, Georgia 30331

**Plaintiffs may call:**

**Thomas Atzert Jr.**
c/o Joshua A. Millican (his attorney of record)
The Grant Building
44 Broad Street, NW, Ste. 607
Atlanta, Georgia 30303

**Michael Brannan (Driver/Paramedic)**
Atlanta Fire Station 5
c/o City of Atlanta Fire & Rescue Department
226 Peachtree Street, SW
Atlanta, Georgia 30303

**Officer Steven Ford**
c/o Atlanta Police Department
Zone Four Police Precinct
1125 Cascade Circle, SW
Atlanta, Georgia 30311

**Michael Greshon (EMT Paramedic)**
c/o Grady EMS
80 Jesse Hill Drive, SE
Atlanta, Georgia 30303

**Jason Powell (EMT Paramedic)**
c/o Grady EMS
80 Jesse Hill Drive, SE
Atlanta, Georgia 30303

**Christopher Robins (Paramedic)**
Atlanta Fire Station 5
c/o City of Atlanta Fire & Rescue
226 Peachtree Street, SW
Atlanta, Georgia 30303

Any witness listed by Defendant in its list of witnesses. Plaintiffs may request that they be permitted to call additional rebuttal witnesses based upon the testimony at trial.

### **Dr. Michael M. Heninger, MD – Expected Testimony**

Plaintiffs expect Michael M. Heninger, MD, Medical Examiner, will be testifying as an expert in the area of investigating deaths and injuries that occur under unusual circumstances and performs postmortem examinations to assist in determining causes of death. Counsel have stipulated to the education, experience and expertise of Dr. Heninger.

Dr. Heninger will testify to the following.

1. He was working at the Fulton County Medical Examiner's Office on July 1, 2011.

2. He was the medical examiner of case number 11-1186 and performed the autopsy of Maurice Hampton on July 1, 2011 at 10:30am.

3. He observed the appearance of one gunshot wound on the thoracic back of Maurice Hampton that was definitely an entrance wound.

4. He observed the appearance of a gunshot wound on the front left anterior chest of Maurice Hampton that was definitely and exit wound.

5. He observed abrasions on extremities consistent with falling.

6. He did not observe any soot or strippling on Maurice Hampton.

7. Maurice Hampton died from a single gunshot wound to the torso from a shot fired by a law enforcement officer.