IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROSA HAMPTON individually, and as Administrator of the Estate of MAURICE HAMPTON, and on behalf of the minor children of the Estate of Maurice Hampton<br><br>    Plaintiff<br><br>v.<br><br>THOMAS ATZERT, JR. individually, and in his capacity as a City of Atlanta Police Officer<br><br>    Defendant | CIVIL ACTION NO.<br>1:13cv584-TWT |

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and on February 19, 2015 the jury rendered its verdict in favor of the Defendant THOMAS ATZERT, JR. individually, and in his capacity as a City of Atlanta Police Officer and against the Plaintiff ROSA HAMPTON individually, and as Administrator of the Estate of MAURICE HAMPTON, and on behalf of the minor children of the Estate of Maurice Hampton and in favor of the defendant THOMAS ATZERT, JR. individually, and in his capacity as a City of Atlanta Police Officer and the Court having ruled in the Defendant's favor as to his claim for qualified immunity based upon the factual finding by the jury.

It is Ordered and Adjudged that plaintiff take nothing, that the action be dismissed and that the defendants recover of the plaintiff costs of action.

February 23, 2015

JAMES N. HATTEN,  Clerk

By /s/Sheila T. Sewell
    Deputy Clerk